# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 02, 2020

Ms. Leigha Amy Simonton
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
Room 300
Dallas, TX 75242-1699

     No. 20-10530    In re: Bruce Webster

Dear Ms. Simonton,

In reference to the above, the court request a response to the motion for authorization to file a successive petition.  The response is due 21 days from this date, or, by June 23, 2020.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

cc:  Ms. Florence Italia Patti