# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 30, 2020

Ms. Florence Italia Patti
Indiana Federal Community Defenders
111 Monument Circle
Suite 3200
Indianapolis, IN 46204

    No. 20-10530    In re: Bruce Webster
                USDC No.

Dear Ms. Patti,

We received your Reply to Response/Opposition to Motion for Authorization. We are taking no action on the reply because leave of the court is required to file a reply.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:  Mr. Jonathan Glen Bradshaw
     Mr. Brian W. McKay
     Ms. Leigha Amy Simonton