IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 20-10530

BRUCE CARNEIL WEBSTER,       )
                             )     Criminal Case No.
       Movant,               )       4:94-CR-121-Y
                             )
       v.                    )
                             )
                             )
UNITED STATES OF AMERICA,    )
                             )
       Respondent.           )

MOVANT BRUCE CARNEIL WEBSTER'S MOTION FOR LEAVE TO
FILE A REPLY IN SUPPORT OF MOTION FOR AUTHORIZATION
TO FILE SUCCESSIVE MOTION PURSUANT TO 28 U.S.C. § 2255 IN
LIGHT OF *UNITED STATES V. DAVIS*, 139 S. CT. 2319 (2019)

Bruce Carneil Webster, by counsel, respectfully moves the Court

for leave to file a Reply in Support of his Motion for Authorization in the

above-captioned case, and in support of this Motion, states:

1.     In its Response to Mr. Webster's Motion for Authorization to File

       Successive Motion Pursuant to 28 U.S.C. § 2255 in Light of *United*

1

*States v. Davis*, 139 S. Ct. 2319 (2019), the Government all but acknowledges that Mr. Webster has made a prima facie showing that *Davis* invalidates his § 924(c) conviction. *See* Resp. at 5–6, 17.

2.    At the same time, the Government also argues that the record makes clear that Mr. Webster's § 924(c) conviction was premised on kidnapping resulting in death rather than conspiracy, and argues that kidnapping resulting in death requires the use of force. *See* Resp. at 9, 13.

4.    Although the Government's arguments do not create any doubt that Mr. Webster has made a prima facie showing, they are new arguments that are not addressed in Mr. Webster's Motion for Authorization.

5.    Without leave to file a Reply, Mr. Webster will not have any opportunity to explain to this Court why these arguments are unavailing. It is important that Mr. Webster have the opportunity to reply to these arguments. The record actually is not clear that kidnapping resulting in death, rather than conspiracy, was the predicate for Mr. Webster's § 924(c) conviction. Additionally, kidnapping resulting in death does not require the use of force.

6.    On June 30, 2020, undersigned counsel contacted Assistant United States Attorney Jonathan Bradshaw, and he informed counsel that the Government takes no position on this Motion.

7.    The Reply Mr. Webster seeks leave to file is attached as an exhibit to this Motion.

Therefore, Mr. Webster respectfully requests leave from the Court to file a Reply in support of his Motion for Authorization.

Respectfully submitted,

s/ F. Italia Patti
INDIANA FEDERAL
COMMUNITY DEFENDERS
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520
italia_patti@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2020, I filed this Motion using the CM/ECF system.

s/ F. Italia Patti

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d)(2)(A), the undersigned certifies that this document complies with the length limitations because this Motion contains a total of 507 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Century 14-point font.

<u>s/ F. Italia Patti</u>