# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 20-10530

_____

In re:  BRUCE CARNEIL WEBSTER,

      Movant

_____

Motion for an order authorizing
the United States District Court for the
Northern District of Texas to consider
a successive 28 U.S.C. § 2255 motion

_____

O R D E R:

IT IS ORDERED that movant's motion for leave to file a reply to the response/opposition to the motion for authorization to file a successive petition is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT