# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).**

**Fifth Cir. Case NO.** 20-10530

In re Bruce Carneil Webster _____ vs. _____
(Short Title)

The Clerk will enter my appearance as Counsel for  Bruce Carneil Webster

_____

_____

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☑ Petitioner(s)  ☐ Respondent(s)  ☐ Amicus Curiae

☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

s/Steven J. Wells _____   wells.steve@dorsey.com _____
(Signature)                              (e-mail address)

Steven J. Wells _____   163508 _____
(Type or print name)                     (State/Bar No.)

Attorney _____
(Title, if any)                          ☑ Male     ☐ Female

Dorsey & Whitney LLP _____
(Firm or Organization)

Address  50 South Sixth Street, Suite 1500 _____

City & State  Minneapolis MN _____   Zip 55402 _____

Primary Tel. 612-340-7809 ___   Cell Phone: 612-360-7870 ___

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:**  Florence Italia Patti

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

n/a

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?

☑ Yes   ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

☐ Yes   ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case  Yes, 2255

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

I believe there are a number of cases involving successive 2255s in light of Davis; in particular, Mr. Webster's co-defendant, Orlando Hall, has a case pending on this issue, In re Hall, 19-10345

Name of Court or Agency  Fifth Circuit

Status of Appeal (if any) _____

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**

DKT-5A REVISED February 2017